UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

THE UNITED STATES OF AMERICA,

        - against -                          **ORDER**

WIKTOR ANDRZEJ SZELIGA and                25 Cr. 510 (NRB)
BARTLOMIEJ HUK,

            Defendants.

------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**


    **WHEREAS** defendant Bartlomiej Huk was originally represented by Florian Miedel, whom he privately retained; and

    **WHEREAS** on March 17, 2026, Mr. Huk informed the Court that his family could no longer afford to retain private counsel; it is hereby

    **ORDERED** that the Magistrate Judge on duty evaluate the financial affidavit to be submitted by Mr. Huk, and if he qualifies for the appointment of CJA counsel, make such appointment.

Dated:    New York, New York
           March 17, 2026

                                _____
                                 NAOMI REICE BUCHWALD
                                 UNITED STATES DISTRICT JUDGE